NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHARLES DERECK ADAMS,**
*Petitioner*

**v.**

**DEPARTMENT OF DEFENSE,**
*Respondent*

---

2016-2500

---

Petition for review of the Merit Systems Protection Board in No. DC-3443-10-0711-B-1.

---

Before PROST, *Chief Judge*, MOORE and CHEN, *Circuit Judges.*

PER CURIAM.

## O R D E R

In light of Charles Dereck Adams' and the Department of Defense's responses to this court's show cause order, we transfer this case pursuant to 28 U.S.C. § 1631.

Mr. Adams was an Information Technology Specialist with the Missile Defense Agency in Arlington, Virginia. In April 2010, Mr. Adams submitted an application for early retirement under the Voluntary Early Retirement Authority (VERA), which the agency denied.  Mr. Adams

appealed the decision to the Merit Systems Protection Board, alleging that the denial was based on prohibited discrimination.  The administrative judge dismissed the appeal for lack of jurisdiction.  Mr. Adams petitioned the full Board for review of the decision, and the Board denied the petition.  Mr. Adams then sought this court's review.

In August 2012, this court reversed the Board's ruling that it lacked jurisdiction over the VERA claim and remanded for further proceedings as to that claim.  *See Adams v. Dep't of Def.*, 688 F.3d 1330, 1336 (Fed. Cir. 2012).  On remand, the administrative judge sustained the agency's denial of Mr. Adams' VERA claim, and the full Board affirmed, rejecting Mr. Adams' arguments that the agency's action was based on age, gender, and racial discrimination.  The Board's decision also included a "Notice to the Appellant Regarding Your Further Review Rights," stating specifically that "[i]f you do not request EEOC to review this final decision on your discrimination claims, you may file a civil action against the agency on both your discrimination claims and your other claims in an appropriate United States district court."  Mr. Adams now appeals.  His informal brief indicates that he intends to continue to pursue his discrimination claims.

We agree with the agency that this court lacks jurisdiction over this petition for review due to Mr. Adams' continued pursuit of his discrimination claims.  The court lacks jurisdiction over "mixed" cases, which involve "a specific type of action against an employee which may be appealed to the [Board]" and "an allegation in the nature of an affirmative defense that *a basis for the action* was discrimination within one of the categories" listed in 5 U.S.C. § 7702(a)(1)(B).  *Williams v. Dep't of Army*, 715 F.2d 1485, 1487 (Fed. Cir. 1983) (en banc).

Mr. Adams argues that this court, in its August 2012 decision, ruled that this case was within the court's jurisdiction.  But the issue of whether this was a mixed case

ADAMS v. DEFENSE                                                3

and as such belonged in federal district court was not addressed in that decision.   Moreover and more importantly, the decision preceded *Kloeckner v. Solis*, 133 S. Ct. 596 (2012), which held that a federal employee who claims that an agency action appealable to the Board violates an antidiscrimination statute listed in 5 U.S.C. § 7702(a)(1) must seek judicial review in district court, not in the Federal Circuit. *Id*. at 607.

Because *Kloeckner* is clear that judicial review of a Board decision in a mixed case that includes a discrimination claim is assigned to the district court, rather than this court, we transfer the petition for review to the appropriate district court, the United States District Court for the Eastern District of Virginia.

Accordingly,

IT IS ORDERED THAT:

(1)  The stay of the briefing schedule is lifted.

(2)  The petition and all filings are transferred to the United States District Court for the Eastern District of Virginia pursuant to 28 U.S.C. § 1631.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

ISSUED AS A MANDATE: November 28, 2016

s32